```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


RACHEL W. GBAA,                      )
        Plaintiff,                   )
                                     )
        v.                           )    C.A. No. 13-12724-DPW
                                     )
WRENTHAM DEVELOPMENTAL CENTER,       )
        Defendant.                   )
```

                              ORDER

1.  The motion for leave to proceed <u>in forma pauperis</u> is granted.

2.  The Clerk shall issue a summons for service of the complaint on the defendant.

3.  The Clerk shall send the summons, complaint, and this Order to the plaintiff, who must thereafter serve the defendant in accordance with Federal Rule of Civil Procedure 4(m).  The plaintiff may elect to have service made by the United States Marshal Service.  If directed by the plaintiff to do so, the United States Marshal shall serve the summons, complaint, and this Order upon the defendant, in the manner directed by the plaintiff, with all costs of service to be advanced by the United States. Notwithstanding Fed. R. Civ. P. 4(m) and Local Rule 4.1, the plaintiff shall have 120 days from the date of this Order to complete service.

4.  The motion for appointment of counsel is denied without prejudice to renewal after the defendant has filed a response to the complaint.


SO ORDERED.

<u>January 21, 2014</u>                    <u>/s/ Douglas P. Woodlock</u>
DATE                                  DOUGLAS P. WOODLOCK
                                      UNITED STATES DISTRICT JUDGE